IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manvinder Singh,<br><br>            Petitioner,<br><br>v.<br><br>Jeh Johnson, et al.,<br><br>           Respondents. | No. CV-16-0756-PHX-DLR (DKD)<br><br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE DOUGLAS L. RAYES, U.S. DISTRICT JUDGE:

       Manvinder Singh filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 arguing that he should have a bond hearing or be released from the custody of U.S. Department of Homeland Security. (Doc. 1) Respondents have informed the Court that Singh was released from custody on July 27, 2016, when he was removed to India. (Doc. 12) Thus, Singh has received the relief that he had requested.

       **IT IS THEREFORE RECOMMENDED** that Manvinder Singh's Petition for Writ of Habeas Corpus be **dismissed as moot.**

       This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See*, 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Thereafter,

1 the parties have fourteen days within which to file a response to the objections.  Failure
2 timely to file objections to the Magistrate Judge's Report and Recommendation may
3 result in the acceptance of the Report and Recommendation by the district court without
4 further review.  *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).
5 Failure timely to file objections to any factual determinations of the Magistrate Judge will
6 be considered a waiver of a party's right to appellate review of the findings of fact in an
7 order or judgment entered pursuant to the Magistrate Judge's recommendation.  *See* Rule
8 72, Federal Rules of Civil Procedure.

    Dated this 3rd day of August, 2016.

_____
David K. Duncan
United States Magistrate Judge